# Court of Appeals
# of the State of Georgia

ATLANTA,  July 12, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1338. CHRISTOPHER L. CAREATHERS v. KEVIN D. MONTGOMERY et al.

Christopher L. Careathers sued two City of Rockmart police officers in their official and individual capacities, pursuant to 42 USC § 1983, for malicious prosecution, intentional infliction of emotional distress, and false imprisonment. The defendants filed a motion to dismiss or, in the alternative, for summary judgment. On June 13, 2022, the trial court granted the defendants' motion for summary judgment as to all claims and dismissed the complaint. On June 22, 2022, Careathers filed a motion for reconsideration, which the court denied on November 3, 2022. On December 2, 2022, Careathers filed this appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of the appealable decision. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Careathers's failure to file a notice of appeal within 30 days of the entry of the superior court's order granting summary judgment deprives us of jurisdiction. Although Careathers filed the appeal within 30 days of the order denying the motion for reconsideration, the denial of such a motion is not a directly appealable judgment and the filing of such a motion does not toll the time for filing a direct appeal. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000).

For the above reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/12/2023

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*